JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALFREDO OCHOA MORANDO, | ) | NO. EDCV 09-00569-MMM (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN F. SALAZAR, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  December 30, 2009 .

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE